NICHOLAS HESS, Appellant, v. CLAYTON H. SMITH, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

HARMON B. W. HAFF, as Sole Surviving Partner of the Firm of W. P. W. HAFF, Appellant, v. LONG ISLAND FUEL CORPORATION, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper and Hagarty, JJ.; Scudder, J., not voting.

FINGAL IVORSON, Respondent, v. LOUIS TRENCHER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Consisting of the Block Bounded by West Avenue, etc., Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Motion to confirm report of official referee granted. Submit order with consent of corporation counsel to its entry. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of MENREAL CORPORATION, Appellant, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others, Respondents.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of WESTCHESTER ASPHALT DISTRIBUTING CORPORATION, for a Peremptory Order of Mandamus Directed to HENRY C. WYAND, as Building Inspector of the Town of North Castle. HENRY C. WYAND, as Building Inspector of the Town of North Castle, Appellant; WESTCHESTER ASPHALT DISTRIBUTING CORPORATION, Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

PATRICK J. KENNEDY, Appellant, v. JOHN A. SCHWARZ, INC., Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

PATRICK F. LAWLOR, Respondent, v. " JOHN " COHEN, " RICHARD " SCHLETTER, First Names " John " and " Richard " Being Fictitious, True First Names Unknown to Plaintiff, Parties Intended Doing Business under the Name and Style of COHEN & SCHLETTER at 78 First Street, Passaic, N. J., and MICHAEL PETROSKA, Appellants.— In view of the decision of the main appeal (post, p. 713), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.